IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SHANDA MATHIS, | : | |
| Plaintiff | : | Civil Action 2:10-cv-50 |
| v. | : | Judge Watson |
| TELEPERFORMANCE USA, *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

## ORDER

This matter is before the Court pursuant to the initial screening Report and Recommendation (Doc. 2). Plaintiff Shanda Mathis filed a complaint and application for leave to proceed *in forma pauperis*, alleging that Defendants discriminated against her because of her pregnancy and violated their obligations under the Family and Medical Leave Act. Upon initial screening, Magistrate Judge Abel granted *in forma pauperis* status, but ordered Plaintiff to file, within thirty days, documentation that she had exhausted her administrative remedies.

Plaintiff has timely filed a right-to-sue letter issued to her on this claim by the Equal Employment Opportunity Commission. (Doc. 4.) Accordingly, the Report and Recommendation (Doc. 2) is **ADOPTED. IT IS FURTHER ORDERED** that the United

States Marshal serve by certified mail upon Defendants a copy of the complaint and a copy of this Order.

*Michael H. Watson*
Michael H. Watson, Judge
United States District Court